CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 11 2004

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| DONALD KINCHELOE, On Behalf Of Himself And All Others Similarly Situated, | CIVIL NO. 6:03CV00060 (Other Civil Action) |
| Plaintiff, | |
| v. | |
| DANA CORPORATION, | **ORDER GRANTING DISMISSAL** |
| Defendant, | |

## ORDER

**IT IS HEREBY ORDERED AND DECREED**, this 11th day of March, 2004, that the above captioned matter is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE